THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN WEYGINT and XIAO CHUAN ONG, individually and on behalf of all others and similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUESTAR ALLIANCE LLC and UNITED LEGWEAR COMPANY, LLC d/b/a UNITED LEGWEAR & APPAREL CO., individually and as a successor-in-interest to UNITED LEGWEAR CANADA LLC,<br><br>Defendants. | Case No. 2:26-cv-2717-TL<br><br>**STIPULATED MOTION TO EXTEND TIME**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 29, 2026** |

WHEREAS, on October 20, 2026, plaintiffs Kevin Weygint and Xiao Chuan Ong ("Plaintiffs") in the above-captioned action (the "Action") filed an amended putative class action complaint (the "Amended Complaint") against defendants Bluestar Alliance LLC ("Bluestar") and United Legwear Company, LLC d/b/a United Legwear & Apparel Co., individually and as successor-in-interest to United Legwear Canada LLC ("ULC," collectively with Bluestar, "Defendants") (Plaintiffs and Defendants collectively, the "Parties").

The Parties, by and through their respective counsel of record and pursuant to Fed. R. Civ. P. 6(b) and Judge Lin's Standing Order for All Civil Cases Rule III(A), jointly move this Court to extend Defendants' deadlines to answer, present defenses, move to dismiss, or otherwise



PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
PHONE: (212) 785-9100

respond to the Amended Complaint from November 3, 2026 to November 19, 2026.[1]

The Parties have jointly agreed to this requested extension of time, and this Motion is made in good faith and not for the purposes of undue delay. Defendants ask for this additional time to investigate the Amended Complaint and more effectively draft and file an informed and responsive motion or pleading. Bluestar also asks for this additional time because its counsel was only recently retained and needs additional time to familiarize itself with the facts and arguments at issue in these proceedings.

ACCORDINGLY, the Parties jointly and respectfully request that the Court grant this Motion and extend the deadline for Defendants Bluestar and ULC to file responses to the Amended Complaint to November 19, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this Thursday, October 29, 2026.

[signature page to follow]

[1] The Parties recognize that Judge Lin's Standing Order for All Civil Cases does not permit automatic extensions of deadlines for dispositive motions and accordingly did not stipulate to an automatic extension.



PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
PHONE: (212) 785-9100

STRAUSS BORRELLI PLLC

By: /s/ Samuel J. Strauss
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli (pro hac vice forthcoming)

STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

EMERY REDDY, PC

By: /s/ M. Anderson Berry
M. Anderson Berry, WSBA No. 63160
Brook E. Garberding, WSBA No. 37140
Gregory Haroutunian (pro hac vice forthcoming)
Brandon P. Jack (pro hac vice forthcoming)

EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
(916) 823-6955
anderson@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

MILBERG, PLLC

By: /s/ Alexander E. Wolf
Alexander E. Wolf (pro hac vice forthcoming)

MILBERG, PLLC
280 South Beverly Drive, PH
Beverly Hills, CA 90212
(872) 365-7060
awolf@milberg.com

***Attorneys for Plaintiffs and the Putative Class***

FOX BALLARD LLC

By: /s/ Ross Taylor
Ross Taylor, WSBA No. 48111
Bethany M. Kirk, WSBA No. 47910

FOX BALLARD PLLC
1102 Broadway, Suite 501
Tacoma, WA 98402
(206) 800-2727
ross@foxballard.com
bethany@foxballard.com

PADUANO & WEINTRAUB LLP

By: /s/ Alicia Valenti
Alicia Valenti (admitted pro hac vice)

PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, NY 10020
(212) 785-9100
av@pwlawyers.com

***Attorneys for Defendants United Legwear Company LLC, successor in interest to United Legwear Canada LLC***

DORSEY & WHITNEY LLP

By: /s/ Benjamin Greenberg
Shawn Larsen-Bright WSBA #37066
Benjamin D. Greenberg WSBA #44120
Alexandra Valenti WSBA # 64399

DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
larsen.bright.shawn@dorsey.com
greenberg.ben@dorsey.com
valenti.alexandra@dorsey.com

***Attorneys for Defendant Bluestar Alliance LLC***

**ORDER**

Pursuant to the foregoing Stipulation, Defendants' deadlines to answer, present defenses, move to dismiss, or otherwise respond to the Amended Complaint are extended from November 3, 2026 to November 19, 2026.

IT IS SO ORDERED this 29th day of October, 2026.

THE HONORABLE TANA LIN



PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
PHONE: (212) 785-9100

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing STIPULATED MOTION TO EXTEND TIME to be served via the methods below on this Thursday, October 29, 2026, on the following counsel/party of record:

| | |
|---|---|
| Samuel J. Strauss, WSBA No. 46971<br>Raina C. Borrelli (pro hac vice forthcoming)<br>Strauss Borrelli PLLC<br>980 N. Michigan Avenue, Ste. 1610<br>Chicago, IL 60611<br>(872) 263-1100<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br><br>M. Anderson Berry, WSBA No. 63160<br>Brook E. Garberding, WSBA No. 3140<br>Brandon P. Jack (pro hac vice)<br>Emery Reddy, PC<br>600 Stewart Street, Ste. 1100<br>Seattle, WA 98101<br>(916) 823-6955<br>anderson@emeryreddy.com<br>brook@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Alexander E. Wolf (pro hac vice forthcoming)<br>Milberg, PLLC<br>280 South Beverly Drive, PH<br>Beverly Hills, CA 90212<br>(872) 365-7060<br>awolf@milberg.com<br><br>***Attorneys for Plaintiffs and the Putative Class*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☐ via E-Service<br>☒ via Email<br>☒ via ECF Notification |
| Shawn Larsen-Bright, WSBA No. 37066<br>Benjamin D. Greenberg, WSBA No. 44120<br>Alexandra Valenti, WSBA No. 64399<br>Dorsey & Whitney LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>(206) 903-5442<br>larsen.bright.shawn@dorsey.com<br>greenberg.ben@dorsey.com | |



PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
PHONE: (212) 785-9100

| | |
|---|---|
| valenti.alexandra@dorsey.com<br><br>***Attorneys for Defendant Bluestar Alliance LLC*** | |
| Ross Taylor, WSBA No. 48111<br>Bethany M. Kirk, WSBA No. 47910<br>Fox Ballard PLLC<br>1102 Broadway, Suite 501<br>Tacoma, WA 98402<br>(206) 800-2727<br>ross@foxballard.com<br>bethany@foxballard.com<br><br>***Attorneys for Defendant United Legwear Company, LLC d/b/a United Legwear & Apparel Co., individually and as successor-in-interest to United Legwear Canada LLC*** | |

Signed at New York, NY, on this Thursday, October 29, 2026.

Mary Schulman

Executive Assistant
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, NY 10020
(212) 785-9100
mks@pwlawyers.com